UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UTICA MUTUAL INSURANCE COMPANY,

                Plaintiff,

                                                                           6:12-CV-0196 (LEK/ATB)

                -against-

MUNICH REINSURANCE AMERICA, INC.,

                Defendant.
-------------------------------------------------------------X


## NOTICE OF MOTION

      PLEASE TAKE NOTICE that, the undersigned counsel hereby moves this Court, for an Order Admitting Walter J. Andrews *pro hac vice* in the above captioned action as an attorney for the plaintiff Utica Mutual Insurance Company.  In support hereof, the undersigned relies upon the accompanying Verified Petition, Sponsor Affidavit, attorney e-filing registration form, Certificates of Good Standing, Oath on Admission and Proposed Order.

Dated:  New York, New York
          February 6, 2012

                                                  HUNTON & WILLIAMS LLP

                                            BY: _____
                                            Joseph J. Saltarelli
                                            (N.D.N.Y Bar No. 103265)
                                            200 Park Avenue, 52nd Floor
                                            New York, New York 10166
                                            Tel: (212) 309-1000
                                            jsaltarelli@hunton.com

                                            *Attorney for Plaintiff*
                                            *Utica Mutual Insurance Company*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UTICA MUTUAL INSURANCE COMPANY,

                Plaintiff,

                -against-

MUNICH REINSURANCE AMERICA, INC.,

                Defendant.
-------------------------------------------------------------X

6:12-CV-0196 (LEK/ATB)

## VERIFIED PETITION OF WALTER J. ANDREWS FOR ADMISSION TO PRACTICE *PRO HAC VICE* BEFORE THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

Walter J. Andrews, being duly sworn deposes and says:

    1.    That I reside at 12161 Abington Hall Place, Unit 302, Reston, Virginia 20190, and my office address is Hunton & Williams LLP, 1751 Pinnacle Drive, Suite 1700, Tysons Corner, McLean, Virginia 22102.

    2.    That I was admitted to practice in the courts of Virginia on October 30, 2000, was admitted to practice in the courts for the District of Columbia on December 13, 1982, and was admitted to practice in the courts for the state of Florida on September 27, 2010.

    3.    That I graduated from the University of Chicago Law School in 1982, after having completed the required courses of study.

    4.    That I have never been held in contempt of court, censured, suspended or disbarred by any court.

5. That I have read, and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and general Orders for the Northern District of New York; the N.Y.S. Lawyer's Code of Professional Responsibility and with faithfully adhere thereto.

6. That I was previously admitted *pro hac vice* in the Northern District of New York in the case captioned *Utica Mutual Insurance Company v. Fireman's Fund Insurance Company*, Case No. 6:09-cv-853 (DNH-GHL). My assigned Northern District of New York Bar Number is 106051.

7. That I will remain counsel of record in this matter.

**WHEREFORE** it is respectfully requested that this court order that petitioner, Walter J. Andrews, be admitted, *pro hac vice*, to practice before the Bar of this Court.

_____
PETITIONER

Dated: FEBRUARY 6, 2012

∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧

Commonwealth of Virginia
County of Fairfax

Walter J. Andrews, being duly sworn deposes and says that he is the Petitioner in the above entitled proceeding, that he has read the foregoing Petition and that it is true to his own knowledge.

Subscribed and sworn to before me

this ___6___, day of ___February___, 2012

_____
Signature - Notary Public  # 229131

_____
Printed Name - Notary Public

My Commission Expires on ____6/30/2012____

^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^^

Case 6:12-cv-00196-BKS-ATB   Document 5   Filed 02/06/12   Page 4 of 12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UTICA MUTUAL INSURANCE COMPANY,

                Plaintiff,

6:12-CV-0196 (LEK/ATB)

                -against-

MUNICH REINSURANCE AMERICA, INC.,

                Defendant.
------------------------------------------------------------X

## AFFIDAVIT OF SPONSOR

STATE OF NEW YORK      )
                               ) ss
COUNTY OF NEW YORK    )

Joseph J. Saltarelli, being duly sworn deposes and says:

1. That I am an attorney with the law firm of Hunton & Williams LLP, and am a member in good standing with the United States District Court for the Northern District of New York. My NDNY Bar Roll Number is: 103265.

2. I make this affidavit in support of the admission of Walter J. Andrews, *pro hac vice*, on behalf of plaintiff Utica Mutual Insurance Company.

3. I have known Walter J. Andrews for many years and find him to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

                                                                           */s/ Joseph J. Saltarelli*
                                                                           Joseph J. Saltarelli

Subscribed and sworn before me this
6th day of February, 2012

_____
NOTARY PUBLIC

BRADFORD C. MULDER
Notary Public, State of New York
No. 02MU5067057
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Oct. 7, 20 14

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NEW ATTORNEY E-FILING REGISTRATION FORM
**PLEASE TYPE**

This form is used for creating new accounts (**Newly Admitted Attorneys Only**) on the Court's Electronic Case Filing System(ECF).

First Name: Walter　　　　　　　　　Middle Name: Joseph

Last Name: Andrews　　　　　　　　　If appropriate, check one:  Sr. ☐　Jr. ☐　II ☐　III ☐

Firm Name: Hunton & Williams LLP

Firm Address: 1751 Pinnacle Drive, Suite 1700
　　　　　　　Tysons Corner

City: McLean　　　State: VA　　　Zip Code: 22102

Firm Phone Number: (703) 714-7400　　　Direct Dial Number: (703) 714-7642

Fax Number: (703) 918-4050　　　Internet E-Mail Address: wandrews@hunton.com

The following information must be completed by attorneys applying for admission and submitted with your petition:

TYPE OF ADMISSION APPLIED FOR:　☐ PERMANENT　☑ PRO-HAC VICE - Case Number Required: 6:12-cv-00196 (LEK/ATB)

By submitting this printed and signed form, I hereby agree to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system (CM/ECF). I also consent to service by electronic means in the circumstances permitted under those rules, orders, policies and procedures. I understand that the combination of user i.d. (Bar Roll #) and password will serve as my signature for filing documents pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules of this court. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk of Court if there is a change in my personal data, such as name, e-mail address, firm address, telephone number, etc.

Attorney Signature: /s/
Date: 02/06/2012

**COURT USE ONLY**
Assigned Bar Roll #: _____
Receipt #: _____
Date of Admission: ___/___/___
Revised: ___/___/___　By: ___

5/2006

AO 153 (Rev. 6/96)

| Name: LAST, | FIRST | MI |
|---|---|---|
| Andrews, | Walter | J. |

### OATH ON ADMISSION

I, __Walter J. Andrews__, DO SOLEMNLY SWEAR (OR AFFIRM) THAT AS AN ATTORNEY AND AS A COUNSELOR OF THIS COURT I WILL CONDUCT MYSELF UPRIGHTLY AND ACCORDING TO LAW, AND THAT I WILL SUPPORT THE CONSTITUTION OF THE UNITED STATES.

| DATE: 2/6/2012 | SIGNATURE: [signed] | BAR I.D. NO. |
|---|---|---|

| FIRM NAME | TEL. NO. |
|---|---|
| Hunton & Williams LLP | (703) 714-7400 |

| FIRM ADDRESS |
|---|
| 1751 Pinnacle Drive, Suite 1700, Tysons Corner |

| CITY | STATE | ZIP CODE |
|---|---|---|
| McLean | VA | 22102 |

### BELOW FOR OFFICE USE ONLY

| SWORN AND SUBSCRIBED BEFORE ME, | DATE |
|---|---|

ADMITTED ON MOTION OF: (Movant)



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

In Re:   84863
Walter Joseph Andrews
Hunton & Williams, LLP
1751 Pinnacle Dr., Ste. 1700
McLean, VA

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 27, 2010.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 20th day of December, 2011.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/ssT1:R10



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### WALTER J. ANDREWS

was on the 13TH day of DECEMBER, 1982 duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 20, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk



# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT WALTER JOSEPH ANDREWS IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. ANDREWS WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 30, 2000, AFTER ADMISSION ON MOTION THROUGH THE SUPREME COURT OF VIRGINIA.

*Issued December 14, 2011*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF ) <br> ) <br> WALTER J. ANDREWS ) <br> ) <br> ) <br> TO BE ADMITTED TO THE UNITED STATES ) <br> DISTRICT COURT FOR THE NORTHERN ) <br> DISTRICT OF NEW YORK ) | ORDER |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, __WALTER J. ANDREWS__ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of :
Utica Mutual Insurance Co. v. Munich Reinsurance America Inc., Civil Action No.: 6:12-cv-00196 (LEK-ATB) .

IT IS SO ORDERED

Dated : _____

☐ U.S. District Judge
☐ U.S. Magistrate Judge