

HUNTON & WILLIAMS LLP
1751 PINNACLE DRIVE
SUITE 1700
MCLEAN, VIRGINIA 22102

TEL 703 • 714 • 7400
FAX 703 • 918 • 4050

SYED S. AHMAD
DIRECT DIAL: 703 • 714 • 7676
EMAIL: sahmad@hunton.com

December 21, 2012

<u>Via ECF</u>
The Honorable Lawrence E. Kahn
United States District Court
  for the Northern District of New York
James T. Foley United States Courthouse
445 Broadway, Room 424
Albany, NY 12207

Re:   **Utica Mutual Ins. Co. v. Munich Reinsurance America, Inc.,**
      **No. 6:12-CV-196 (LEK/ATB)**

Dear Judge Kahn:

We represent Utica Mutual Insurance Company in the captioned litigation. Under Local Rule 7.1(a)(1), we request leave to file a memorandum of law in opposition to Munich Re's motion for summary judgment of no more than 40 pages. Utica's request is based on the number of issues raised by Munich Re's motion, requiring the additional pages to allow Utica to adequately respond to the motion. We also request that the Court allow Utica to file its memorandum of law up to three business days after the Court's ruling on Utica's request for leave or by the current deadline (January 8), whichever is later.

We have conferred with Munich Re's counsel regarding Utica's request and they advised that Munich Re does not oppose Utica's request.

Respectfully submitted,

/s/ Syed S. Ahmad
Syed S. Ahmad
(N.D.N.Y. Bar No. 602911)
*Counsel for Utica Mutual Insurance Company*

ATLANTA  AUSTIN  BANGKOK  BEIJING  BRUSSELS  CHARLOTTE  DALLAS  HOUSTON  LONDON  LOS ANGELES
McLEAN  MIAMI  NEW YORK  NORFOLK  RALEIGH  RICHMOND  SAN FRANCISCO  WASHINGTON
www.hunton.com