# EXHIBIT "166"

(1) research on the supplemental duty to defend -- specifically the condition precedent that there must <u>not</u> be an occurrence under the primary.

(2) note R's own that when should share the details of the virtual polices -- talk to BT regarding this

(3) fill in the #'s on the submission we may give to the mediators and print a couple of sets of them.

(4) confirm w/ STB the fraction for allocation formula in the confessed theory

(5) emphasize the subrogation argument in oral presentation.

(6) if they were given broad access to cxx why didn't he produce the post-subigway doc much sooner, at the in person sessions

(7) Go over pg. 3 last ¶ w/ STB in light of the letters from km.

(8) What is the reference to 18M on p. 4

(9) Call mike Johnson, Rowland, e-mail to Clehen

(10) Amicus Brief in ConEd case

(11.)



R-0019603